IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| ROMESHIA BURTON, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No. |
| | : 2:11-cv-199-RWS |
| | : |
| REGIONS BANK (INC.) (ALABAMA) | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Romeshia Burton and Defendant Regions Bank (Inc.)(Alabama), by and through counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby dismiss this action with prejudice. Each party shall bear its own costs and attorneys' fees.

The filing attorney certifies that all attorneys whose electronic signatures are reflected below have approved and consented to the contents and filing of this document.

This 29th day of May, 2012.

By: s/Dustin Marlowe
Dustin Marlowe, Esquire
Orr Brown Johnson LLP
Post Office Box 2944
Gainesville, GA  30503
Telephone: (770) 534-1980

By: s/C. Garner Sanford, Jr.
C. Garner Sanford, Jr.
Georgia Bar No. 005020
Ogletree, Deakins, Nash,
   Smoak & Stewart, P.C.
One Ninety One Peachtree Tower

| | |
|---|---|
| Facsimile:  (770) 536-5910<br>Email:<br>dmarlowe@orrbrownjohnson.com | 191 Peachtree Street, N.E., Suite 4800<br>Atlanta, Georgia 30303<br>Telephone: (404) 870-1714<br>Facsimile:   (404) 870-1732 |
| Attorneys for Plaintiff | Email:Garner.Sanford@ogletreedeakins.com |
| | Attorneys for Defendant |

12451098.1 (OGLETREE)